PRINTERY, INC. v. SCHINHAN

No. 43.

Case below: 34 N.C. App. 637.

Appeal by defendant dismissed ex mero motu for lack of substantial constitutional question 7 March 1978.

SAWYER v. SAWYER

No. 38 PC.

Case below: 35 N.C. App. 154.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 March 1978.

STATE v. BLACKBURN

No. 32 PC.

Case below: 34 N.C. App. 683.

Petition by defendant for discretionary review under G.S. 7A-31 denied 23 February 1978.

STATE v. BROWN

No. 35 PC.

Case below: 34 N.C. App. 750.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 March 1978.

STATE v. GRIER

No. 39 PC.

Case below: 35 N.C. App. 119.

Petition by defendant for discretionary review under G.S. 7A-31 denied 20 February 1978.